UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CASE NO.: 26-12144-J

JOSHUA D. FRANKLIN FDOC#Q22579

Appellant,

U.S. COURT OF APPEALS RECEIVED CLERK JUL 14 2026 ATLANTA, GA

v.

JOSEPH D. FRANKLIN III

Appellee,

# MOTION FOR EXTENSION OF TIME

I, Joshua D. Franklin, files this Motion For Extension of Time requesting 60 Days in order to follow the judge's orders in this case entered on June 22, 2026 and this motion is filed in good faith to receive enough time needed to prepare documents in this case. See 11th Cir. R. 26-1

Joshua D. Franklin FDOC#Q22579
Appellant

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent by U.S. Mail: U.S. Court of Appeals for the 11th Circuit 56 Forsyth St. NW Atlanta, GA 30303 on this 2nd day of July, 2026.

Joshua D. Franklin FDOC#Q22579
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FL 33955